# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-20-00167-CV

**Julio Cesar Santos, Appellant**

**v.**

**Jesse Lynn Santos, Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-19-007892, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

On August 19, 2020, this Court dismissed this appeal for want of prosecution, and on August 31, 2020, this Court received appellant's motion for extension of time to file pro se brief. Appellant, an inmate, provided reasons for the delay in filing his brief, including that he was moved to a different unit in the Texas Department of Criminal Justice, delaying his mail, and the coronavirus pandemic "lock-downs." On September 24, 2020, the Clerk of this Court notified the parties that this Court had construed appellant's motion as a motion for rehearing and requested a response from appellee by October 5, 2020. To date, appellee has not filed a response.

We grant appellant's motion for rehearing, withdraw our opinion and judgment dated August 19, 2020, reinstate this appeal, and direct the clerk of this Court to provide a copy of the clerk's record to appellant with the notice of this order. Further, appellant's deadline for filing his brief is on or before 60 days from the date of this order.

It is ordered on October 14, 2020.

Before Justices Goodwin, Triana, and Smith